United States District Court
Southern District of Texas
**ENTERED**
March 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Esther Luz Flores; ) | |
| Luis Omar Flores; ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:21-cv-00042 |
| Laura B. Zuchowski, Director, ) | |
| Vermont Service Center, ) | Agency ID No. A200-943-125 |
| US Citizenship and Immigration ) | Agency ID No. A206-299-029 |
| Services; Kenneth T. Cuccinelli, ) | |
| Senior Official Performing the Duties ) | |
| of the Director, US Citizenship and ) | |
| Services; Chad F. Wolf, Presumed ) | |
| Acting Secretary, Department of ) | |
| Homeland Security; ) | |
| Michael R. Pompeo, Secretary, ) | |
| Department of State; ) | |
| Jeffrey A. Rosen, Acting Attorney ) | |
| General. ) | |
|    Defendants. ) | |

ORDER GRANTING DISMISSAL

The Plaintiffs' motion for dismissal of their original complaint for writ of mandamus (Doc. 3) is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**, with each party bearing its own costs. The Clerk is directed to **CLOSE** the case.

It is so ordered.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE